Stanley Goff, Esq., State Bar No. 289564
Law Offices of Stanley Goff
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff Amari Henry

UNITED STATES DISTRIC COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARI HENRY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND ET AL,<br><br>    Defendants. | Case No.: 4:15-cv-00580 KAW<br><br>PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

**PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiff Amari Henry, by and through undersigned counsel, and pursuant to Northern District of California Local Rule (hereinafter "L.R.") 7-11, hereby moves this Court for administrative relief for an order continuing the initial case management conference for good cause.

MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

## SUPPORTING FACTS

Plaintiff's counsel has recently discovered that he is mandated to appear at another court hearing in San Jose on the 12th of May at 1:30 p.m. Upon making this discovery of conflicting schedules, Plaintiff's counsel has attempted to meet and confer with the opposing counsel in this case to stipulate to having the ICMC continued the next available date. The opposing counsel has informed the Plaintiff's counsel that he has no problem with the CMC being continued.

## DISCUSSION

L.R. 16-2(d), entitled, "Relief from Case Management Schedule," reads, in part, as follows:
  By serving and filing a motion with the assigned judge pursuant to Civil L.R. 7, a party, … may seek relief from an obligation imposed by FRCivP 16 or 26 or the *Order Setting Initial Case Management Conference*.  The motion must:
(1) Describe the *circumstances which support the request*;
(2) Affirm that counsel for the moving party has conferred with all other counsel to reach agreement about the matter and, for each other *party*, report whether that party supports or opposes the request for relief;
(3) Be accompanied by proposed revised case management schedule… (emphasis added).

Here, in the instant case, Plaintiff's counsel has described that there is a scheduling conflict which would warrant the continuance of the CMC in this case. Further, he has met and conferred with opposing counsel who has no problem with the proposed continuance and the Plaintiff's counsel has now proposed that the CMC be continued to the next available date that the court deems appropriate.

MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court continue the ICMC from May 12, 2015, to the next available date in accordance with this Court's schedule.

Dated: May 7, 2015

>                                    Respectfully Submitted,
>                                            /S/
>                                    Stanley Goff, Esq.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Plaintiff's request ~~be~~ is granted. The case management conference currently scheduled for May 12, 2015 is continued to May 26, 2015 at 1:30 p.m.

Dated: May 11, 2015

>                                    /s/ Kandis Westmore
>                                    Judge Kandis Westmore

MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE