STANLEY GOFF, ESQ. (SBN: 289564)
15 Boardman Place, Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
E-mail: scraiggoff@aol.com

Attorneys for Plaintiff
AMARI HENRY

LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
Email:  leonel@stubbsleone.com
Email:  leedc@stubbsleone.com

Attorneys for Defendant
OAKLAND UNIFIED SCHOOL DISTRICT

BARBARA J. PARKER, City Attorney (SBN: 069722)
OTIS McGEE, Jr., Chief Assistant City Attorney (SBN: 71885)
DAVID PEREDA, Supervising Attorney (SBN: 237982)
MICHELLE MEYERS, Deputy City Attorney (SBN: 236387)
City Hall, 6th Floor
1 Frank Ogawa Plaza
Oakland, CA 94612
Telephone:  (510) 238-3601
Facsimile:   (510) 238-6500
Email:  mmeyers@oaklandcityattorney.org

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARI HENRY BY AND THROUGH HIS GUARDIAN AD LITEM, <br><br> Plaintiff, <br> vs. <br><br> CITY OF OAKLAND, AND THE | **Case No.: C 15-00580 KAW** <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING THE DEFENDANTS TIME TO RESPOND TO THE AMENDED COMPLAINT** |

OAKLAND SCHOOL DISTRICT, ET AL.

        Defendants.

The parties hereby stipulate by and through their undersigned attorneys of record as follows:

**1.** The parties are meeting and conferring regarding material allegations of Amended Complaint;

**2.** It is anticipated that Plaintiff will likely file a Second Amended Complaint on or before October 30, 2015;

**3.** The parties agree that the Defendants time to file a responsive pleading to the Amended Complaint is continued from October 1, 2015 to October 30, 2015 to allow the parties time to complete the meet and confer process regarding the allegations of the Amended Complaint;

**4.** The parties also agree that the Defendants do not waive any rights to file any and all dispositive motions in lieu of an answer should Plaintiff not file a Second Amended Complaint.

**IT IS SO STIPULATED:**

        **LAW OFFICES OF STANLEY GOFF**

Dated: October 1, 2015      By:    /s/ *Stanley Goff*
        STANLEY GOFF, ESQ.
        Attorneys for Plaintiff
        Amari Henry

Dated: October 1, 2015      **STUBBS & LEONE**

      By:    /s/ *Claudia Leed*
        LOUIS A. LEONE, ESQ.
        CLAUDIA LEED, ESQ.
        Attorneys for Defendant
        OAKLAND UNIFIED SCHOOL DISTRICT

Dated: October 1, 2015      **OAKLAND CITY ATTORNEY**

By: _____/s/ *Michelle Meyers*_____
BARBARA J. PARKER, City Attorney
OTIS McGEE, Jr.,
Chief Assistant City Attorney
DAVID PEREDA, Supervising Attorney
MICHELLE MEYERS, Deputy City Attorney
Attorneys for Defendant
CITY OF OAKLAND

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered as follows:

Defendants time to file a responsive pleading to the Amended Complaint is continued from October 1, 2015 to October 30, 2015 to allow the parties time to complete the meet and confer process regarding the allegations of the Amended Complaint; and

Defendants do not waive any rights to file any and all dispositive motions in lieu of an answer should Plaintiff not file a Second Amended Complaint.

**IT IS HEREBY ORDERED.**

Dated: __10/7_____, 2015    _____*Kandis Westmore*_____
UNITED STATES DISTRICT COURT MAGISTRATE
JUDGE KANDIS A. WESTMORE

1752040

---

STIPULATION AND [PROPOSED] ORDER                                        C15-00580 KAW
3