STANLEY GOFF, ESQ. (SBN: 289564)
LAW OFFICES OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff Amari Henry

LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:    (925) 974-8600
Facsimile:    (925) 974-8601
Email:  leonel@stubbsleone.com
Email:  leedc@stubbsleone.com

Attorneys for Defendants
SERGEANT BHATT, OFFICER MATTHEWS and OFFICER KENERY

BARBARA J. PARKER, City Attorney (SBN: 069722)
OTIS McGEE, Jr., Chief Assistant City Attorney (SBN: 71885)
DAVID PEREDA, Supervising Attorney (SBN: 237982)
MICHELLE MEYERS, Deputy City Attorney (SBN: 236387)
City Hall, 6th Floor
1 Frank Ogawa Plaza
Oakland, CA 94612
Telephone: (510) 238-2964 (Meyers)
Facsimile:   (510) 238-6500
Email: mmeyers@oaklandcityattorney.org

Attorneys for Defendant
OFFICER Y. ZHOU

UNITED STATES DISTRIC COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| AMARI HENRY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND POLICE OFFICER AND OAKLAND SCHOOL DISTRICT POLICE OFFICERS, et al<br><br>    Defendants. | Case No. 3:15-cv-00580-KAW<br>STIPULATION TO DISMISS REMAINING STATE CLAIMS FOR RELIEF WITH PREJUDICE BROUGHT AGAINST ALL DEFENDANTS AND [PROPOSED] ORDER |

**IT IS HEREBY STIPULATED** by and through the undersigned counsel of record that Plaintiff hereby dismisses with prejudice all state claims for relief brought against all defendants in the above-entitled action.

**IT IS SO STIPULATED.**

Dated: 1/19/2016

By: _____/S/_____
    Stanley Goff
    Attorney for Plaintiff


By: _____/S/_____
    Claudia Leed
    Attorney for Sergeant Bhatt, Officer Matthews and Officer Kenery


By: _____/S/_____
    Michelle Meyers
    Attorney for Defendant Officer Zhou

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that all state claims in the above captioned matter are hereby dismissed with prejudice.

Dated: 2/4, 2016

_____
HONORABLE KANDIS WESTMORE