STANLEY GOFF, (SBN: 289564)
LAW OFFICES OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff
AMARI HENRY

LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
LEONE & ALBERTS
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:    (925) 974-8600
Facsimile:     (925) 974-8601
Email:  leonel@leonealberts.com
Email:  leedc@leonealberts.com

Attorneys for Defendants
SERGEANT BHATT, OFFICER MATTHEWS and OFFICER KENERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| AMARI HENRY,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND POLICE OFFICER AND OAKLAND SCHOOL DISTRICT POLICE OFFICERS, et al<br><br>            Defendants. | Case No. 3:15-cv-00580-KAW<br><br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION AGAINST DEFENDANTS BHATT, MATTHEWS AND KENERY |

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record as follows:

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION AGAINST    CASE NO. 3:15-CV-00580-KAW
DEFENDANTS BHATT, MATTHEWS AND KENERY

1

WHEREAS, pursuant to the Settlement Agreement in this matter, plaintiff agreed to dismiss with prejudice his claims including all claims for attorneys' fees and costs in the above captioned litigation against defendants SERGEANT BARHIN BHATT, OFFICER HOLLY MATTHEWS and OFFICER KENT KENERY within 5 days of receiving the settlement check in this matter.

WHEREAS, plaintiff AMARI HENRY has received the settlement check issued on behalf of said defendants.

**IT IS SO STIPULATED:**

Dated: February 3, 2016          **LEONE & ALBERTS**

                                  By: */s/ Claudia Leed*
                                      CLAUDIA LEED
                                      Attorneys for Defendants
                                      SERGEANT BARHIN BHATT, OFFICER
                                      HOLLY MATTHEWS AND OFFICER KENT
                                      KENERY

                                  **LAW OFFICES OF STANLEY GOFF**

Dated: February 3, 2016          By: */s/Stanley Goff*
                                      STANLEY GOFF
                                      Attorney for Plaintiff
                                      AMARI HENRY

**ORDER:**

Pursuant to the stipulation of the parties, defendants SERGEANT BARHIN BHATT, OFFICER HOLLY MATTHEWS AND OFFICER KENT KENERY are hereby dismissed from this action with prejudice. Each party shall bear their own attorneys' fees and costs

Dated: 2/4/16                    _____
                                 HONORABLE KANDIS WESTMORE