1  Stanley Goff, Bar No. 289564
2  15 Boardman Place Suite 2
   San Francisco, CA 94103
3  Telephone: (415) 571-9570
   Email: scraiggoff@aol.com
4
5  Attorney for Plaintiff Amari Henry

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| AMARI HENRY, | Case No.: 4:15-cv-00580-KAW |
|---|---|
| Plaintiff, | |
| vs. | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(2) AND [PROPOSED] ORDER |
| CITY OF OAKLAND POLICE OFFICERS AND THE OAKLAND SCHOOL DISTRICT POLICE OFFICERS, ET AL | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)**

Pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Amari Henry and or his counsel, hereby gives notice and requests that the above-captioned action is voluntarily dismissed, with prejudice against all named defendant(s).

Dated: April 18, 2016.

                                                   /s/
                                         Stanley Goff Esq.,
                                         Attorney for Plaintiff Amari Henry

NOTICE OF VOLUNTARY DISMISSAL

[PROPOSED] ORDER

    IT IS HEREBY ORDERED that the plaintiff's request for voluntary dismissal of the above-named defendants is granted without prejudice.

Dated: April 18, 2016

_____
Honorable Judge Kandis Westmore

NOTICE OF VOLUNTARY DISMISSAL