Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff Amari Henry

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARI HENRY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND POLICE OFFICERS AND THE OAKLAND SCHOOL DISTRICT POLICE OFFICERS, ET AL<br><br>　　　　　Defendants. | Case No.: 4:15-cv-00580-KAW<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(2) AND [~~PROPOSED~~] ORDER |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)**

Pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff Amari Henry and or his counsel, hereby gives notice and requests that the above-captioned action is voluntarily dismissed, with prejudice against all named defendant(s).

Dated: April 18, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Stanley Goff Esq.,
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Amari Henry

NOTICE OF VOLUNTARY DISMISSAL

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the plaintiff's request for voluntary dismissal of the above-named defendants is granted without prejudice.

Dated: April ~~18~~ 21, 2016

_Kandis Westmore_
Honorable Judge Kandis Westmore

NOTICE OF VOLUNTARY DISMISSAL